STATE OF NEW JERSEY v. FRANK CURTIS ROBINSON.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS GAMBLE.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE A. CAMILO.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LEMOURE ANDERSON.

May 20, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN HINOJOSA.

May 20, 1986.

Petition for certification denied.